**SAO**
ROBERT S. MELCIC
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Clerk: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Alexander Roche*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY EDUCATION ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER ROCHE, an individual;<br><br>Defendant. | Case No.: A-21-838848-C<br>Dept. No.: 19<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS COUNSEL**<br><br>**(First Request)** |

COMES NOW Defendant, ALEXANDER ROCHE, by and through his counsel, Robert S. Melcic of The Law Office of Robert S. Melcic, LLC, and Plaintiff CLARK COUNTY EDUCATION ASSOCIATION, by and through their counsel, Steven Sorensen, general counsel for Clark County Education Association, and hereby request the Court to extend the deadlines for the reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Counsel from Tuesday, July 9, 2022 to **Friday, July 22, 2022**. This is the first request for an extension.

//
//
//
//
//

1

| DATED this 19th day of July, 2022 | DATED this 19th day of July, 2021 |
|---|---|
| By: __/s/ Robert S. Melcic, Esq.<br>Nevada State Bar No. 14923<br>3315 E. Russell Rd.<br>Ste. A4-271<br>Las Vegas, NV 89120<br>Phone: (702) 526-4235<br>Clerk: (725) 577-8013<br>Email: robertmelcic@gmail.com<br>*Attorney for Alexander Roche* | By: __/s/ Steven Sorensen, Esq.<br>Nevada State Bar No. 15472<br>4230 McLeod Drive<br>Las Vegas, Nevada 89121<br>Phone: (702) 473-1020<br>Fax: (702) 866-6134<br>Email: ssorensen@ccea-nv.org<br>*Attorney for Clark County Education Association* |

**IT IS SO ORDERED.**

Dated this __20__ day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2