ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Clerk: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Alexander Roche*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARK COUNTY EDUCATION ASSOCIATION,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEXANDER ROCHE, an individual;<br><br>            Defendant. | Case No.: 2:22-cv-00964-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>**[FIRST REQUEST]** |
| ALEXANDER ROCHE, an individual;<br><br>            Counter Claimant,<br><br>vs.<br><br>CLARK COUNTY EDUCATION ASSOCIATION, a labor union and employer; CLARK COUNTY STAFF ORGANIZAION, a labor union; DOE BUSINESS ENTITIES 1-10; JOHN VELLARDITA, Executive Director of CCEA, an individual, in his individual and official capacities; and DOE INDIVIDUALS 1-50.<br><br>            Counter Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Defendant / Counter Claimant, ALEXANDER ROCHE and Plaintiff / Counter Defendants CLARK COUNTY

EDUCATION ASSOCIATION, CLARK COUNTY STAFF ORGANIZATION, and JOHN VELLARDITA, by and through their undersigned counsel, that Defendant / Counter Claimant ALEXANDER ROCHE may have additional time within which to respond to Plaintiff / Counter Defendants' *Special Motion to Dismiss* and *Motion to Dismiss* from Friday August 5, 2022 to **Friday, August 19, 2022**. This is the first request for an extension. Per Judge Navarro's chambers policies, the Proposed Order is attached herewith as **Exhibit 1**.

DATED this 4th day of August, 2022

By: /s/ Robert S. Melcic, Esq.
ROBERT S. MELCIC, ESQ.
Nevada State Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Clerk: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Alexander Roche*

DATED this 4th day of August, 2022

By: /s/ Steven Sorensen, Esq.
STEVEN SORENSEN, ESQ.
Nevada State Bar No. 15472
4230 McLeod Drive
Las Vegas, Nevada 89121
Phone: (702) 473-1020
Fax: (702) 866-6134
Email: ssorensen@ccea-nv.org
*Attorney for Clark County Education Association*

DATED this 4th day of August, 2022

By: /s/ Daniel Marks, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 386-0536
Fax: (702) 386-6812
Email: office@danielmarks.net
*Attorney for Clark County Education Association, Clark County Staff Organization, and John Vellardita*

DATED this 4th day of August, 2022

By: /s/ Adam Levine, Esq.
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 386-0536
Fax: (702) 386-6812
Email: alevine@danielmarks.net
*Attorney for Clark County Education Association, Clark County Staff Organization, and John Vellardita*

**IT IS SO ORDERED.**

Dated this  6  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

   Law Clerk <rsmlawclerk@gmail.com>

## Request for extension

**Law Clerk** <rsmlawclerk@gmail.com>  Thu, Aug 4, 2022 at 8:00 AM
To: Adam Levine <ALevine@danielmarks.net>
Cc: Office <office@danielmarks.net>, Joi Harper <JHarper@danielmarks.net>, Steve Sorensen <ssorensen@ccea-nv.org>, Robert Melcic <robertmelcic@gmail.com>

Good morning,

I forgot that, before filing the SAO, I would need permission to affix your signature. Here is the proposed SAO as a Word Document in case you have any edits.

Please let me know if I may affix your signature to the SAO as drafted.

Thank you,
Ms. Generaux

[Quoted text hidden]

 **22.08.04 Roche.Alexander - Proposed SAO.docx**
32K

 Law Clerk <rsmlawclerk@gmail.com>

## Request for extension

**Adam Levine** <ALevine@danielmarks.net>  Thu, Aug 4, 2022 at 8:46 AM
To: Law Clerk <rsmlawclerk@gmail.com>
Cc: Office <office@danielmarks.net>, Joi Harper <JHarper@danielmarks.net>, Steve Sorensen <ssorensen@ccea-nv.org>, Robert Melcic <robertmelcic@gmail.com>

That is fine. You may affix my electronic signature.


Adam Levine, Esq.

Law Office of Daniel Marks

610 S. Ninth Street

Las Vegas, NV 89101

(702)  386-0536: Office

(702) 386-6812: Fax

alevine@danielmarks.net

---

**From:** Law Clerk <rsmlawclerk@gmail.com>
**Sent:** Thursday, August 4, 2022 8:00 AM
**To:** Adam Levine <ALevine@danielmarks.net>
**Cc:** Office <office@danielmarks.net>; Joi Harper <JHarper@danielmarks.net>; Steve Sorensen <ssorensen@ccea-nv.org>; Robert Melcic <robertmelcic@gmail.com>
**Subject:** Re: Request for extension


Good morning,


I forgot that, before filing the SAO, I would need permission to affix your signature. Here is the proposed SAO as a Word Document in case you have any edits.


Please let me know if I may affix your signature to the SAO as drafted.


Thank you,