ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Clerk: (725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Alexander Roche*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARK COUNTY EDUCATION ASSOCIATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALEXANDER ROCHE, an individual;<br><br>                    Defendant. | Case No.: 2:22-cv-00964-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>**[SECOND REQUEST]** |
| ALEXANDER ROCHE, an individual;<br><br>                    Counter Claimant,<br><br>vs.<br><br>CLARK COUNTY EDUCATION ASSOCIATION, a labor union and employer; CLARK COUNTY STAFF ORGANIZAION, a labor union; DOE BUSINESS ENTITIES 1-10; JOHN VELLARDITA, Executive Director of CCEA, an individual, in his individual and official capacities; and DOE INDIVIDUALS 1-50.<br><br>                    Counter Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Defendant / Counter Claimant, ALEXANDER ROCHE and Plaintiff / Counter Defendants CLARK COUNTY

EDUCATION ASSOCIATION, CLARK COUNTY STAFF ORGANIZATION, and JOHN VELLARDITA, by and through their undersigned counsel, that Defendant / Counter Claimant ALEXANDER ROCHE may have additional time within which to respond to Plaintiff / Counter Defendants' *Special Motion to Dismiss* and *Motion to Dismiss* from Friday August 19, 2022 to **Monday, August 21, 2022**. This is the SEcond request for an extension. Per Judge Navarro's chambers policies, the Proposed Order is attached herewith as **Exhibit 1**.

| | |
|---|---|
| DATED this 19th day of August, 2022<br><br>By: __/s/ Robert S. Melcic, Esq._  ROBERT S. MELCIC, ESQ. Nevada State Bar No. 14923<br>3315 E. Russell Rd.<br>Ste. A4-271<br>Las Vegas, NV 89120<br>Phone: (702) 526-4235<br>Clerk: (725) 577-8013<br>Email: robertmelcic@gmail.com *Attorney for Alexander Roche* | DATED this 19th day of August, 2022<br><br>By:<br>DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 386-0536<br>Fax: (702) 386-6812<br>Email: office@danielmarks.net<br>*Attorney for Clark County Education Association, Clark County Staff Organization, and John Vellardita* |
| DATED this 19th day of August, 2022<br><br>By: __/s/ Steven Sorensen, Esq._  STEVEN SORENSEN, ESQ. Nevada State Bar No. 15472<br>4230 McLeod Drive<br>Las Vegas, Nevada 89121<br>Phone: (702) 473-1020<br>Fax: (702) 866-6134<br>Email: ssorensen@ccea-nv.org *Attorney for Clark County Education Association* | DATED this 19th day of August, 2022<br><br>By: __/s/ Adam Levine, Esq._<br>ADAM LEVINE, ESQ.<br>Nevada State Bar No. 004673<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 386-0536<br>Fax: (702) 386-6812<br>Email: alevine@danielmarks.net<br>*Attorney for Clark County Education Association, Clark County Staff Organization, and John Vellardita* |

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __23__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT