LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
Email: office@danielmarks.net
*Attorneys for Counter-Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY EDUCATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ROCHE, an individual;<br><br>Defendant.<br><br>ALEXANDER ROCHE, an individual;<br><br>Counter Claimant<br><br>v.<br><br>CLARK COUNTY EDUCATION; ASSOCIATION, a labor union and employer; CLARK COUNTY STAFF ORGANIZATION, a labor union; DOE BUSINESS ENTITIES 1-10; JOHN VELLARDITA, Executive Director of CCEA, an individual, in his individual and official capacities,<br><br>Counter Defendants. | Case No.:   2:22-cv-00964-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO REPLY TO COUNTER-CLAIMANT'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANTS' SPECIAL MOTION TO DISMISS AND MOTION TO DISMISS** |

1

## STIPULATION FOR EXTENSION OF TIME TO REPLY TO COUNTER-CLAIMANT'S OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANTS' SPECIAL MOTION TO DISMISS AND MOTION TO DISMISS

Plaintiff/Counter-Defendants CLARK COUNTY EDUCATION, ASSOCIATION ("CCEA"), CLARK COUNTY STAFF ORGANIZATION ("CCSO"), and JOHN VELLARDITA "(Vellardita") (Collectively referred to herein as "Counter-Defendants") by and through their attorneys of record, Adam Levine, Esq. and Daniel Marks, Esq. of the Law Office of Daniel Marks and Defendant/Counter-Claimant, ALEXANDER ROCHE ("Roche") by and through his counsel, ROBERT S. MELICIC, ESQ., hereby stipulate to an extension of time for Counter-Defendants to file a reply to Defendant/Counter-Claimant's Opposition to Counter-Defendants' Special Motion to Dismiss and Motion to Dismiss (the "Motions").

The parties have agreed to a two-week extension for Counter-Defendants to reply to the opposition to the Motions which are otherwise due on August 29, 2022.

The parties have met and conferred and agree that neither side will suffer prejudice from this Stipulation for Extension of Time. This request is not made to delay the proceedings. Instead, the request is made to accommodate the occurrence of unexpected and significant competing professional obligations of Counter-Defendants' counsel. In addition, Counter-Defendants' counsel needs this time to prepare for a major labor arbitration which is going forward on August 31, 2022, and he also has a number of briefs and responses on extension that are due at or about the time that the reply would otherwise be due.

///

///

///

///

Therefore, the parties respectfully request that Counter-Defendants' deadline to reply to the Motions be extended two weeks from August 29, 2022 to September 12, 2022.

DATED this 26th day of August, 2022.

| LAW OFFICE OF DANIEL MARKS | |
| --- | --- |
| /s/Adam Levine, Esq.<br>ADAM LEVINE, ESQ.<br>Nevada State Bar No. 004673<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>Email: office@danielmarks.net<br>*Attorneys for Counter-Defendants Clark County Education Association, Clark County Staff Organization and John Vellardita* | /s/Robert S. Melcic, Esq.<br>ROBERT S. MELCIC, ESQ.<br>Nevada Bar No.: 14923<br>3315 E. Russell Road, Suite A4-271<br>Las Vegas, Nevada 89120<br>Tel:    (702) 526-4235<br>Clerk: (702)725) 577-8013<br>Email: robertmelcic@gmail.com<br>*Attorney for Defendant/Counter-Claimant Alexander Roche* |

**IT IS SO ORDERED.**

Dated this __29__ day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

**Joi Harper**

| | |
|---|---|
| **From:** | Robert Melcic <robertmelcic@gmail.com> |
| **Sent:** | Friday, August 26, 2022 4:09 PM |
| **To:** | Joi Harper |
| **Cc:** | Law Clerk |
| **Subject:** | Re: FW: Request for extension |

Ly
Ou have my permission to sign.

On Fri, Aug 26, 2022, 2:13 PM Joi Harper <JHarper@danielmarks.net> wrote:

> Good afternoon Gigi,
>
> Sorry I forgot to include you in this email.
>
> Thank you,
>
> Joi E. Harper, Paralegal
>
> **Law Office of Daniel Marks**
>
> 610 South Ninth Street
>
> Las Vegas, Nevada 89101
>
> O: (702) 386-0536; F: (702) 386-6812
>
> JHarper@danielmarks.net
>
> **From:** Joi Harper
> **Sent:** Friday, August 26, 2022 12:09 PM

1

**To:** 'Law Clerk' <rsmlawclerk@gmail.com>; Adam Levine <ALevine@danielmarks.net>
**Cc:** Office <office@danielmarks.net>; Robert Melcic <robertmelcic@gmail.com>; Steve Sorensen <ssorensen@ccea-nv.org>
**Subject:** RE: Request for extension

Good morning,

    Attached please find the Stipulation for Extension of Time to Reply to Counter-Claimant's Opposition to Plaintiff/Counter-Defendants' Special Motion to Dismiss and Motion to Dismiss for your review.  Please let me know if you would like to make any changes and if not, please either sign it or give me permission to esign it and return it to me so I can get it on file with the court today.

*Thank you,*

Joi E. Harper, Paralegal

**Law Office of Daniel Marks**

610 South Ninth Street

Las Vegas, Nevada 89101

O: (702) 386-0536; F: (702) 386-6812

JHarper@danielmarks.net

**From:** Law Clerk [mailto:rsmlawclerk@gmail.com]
**Sent:** Thursday, August 25, 2022 11:53 AM
**To:** Adam Levine <ALevine@danielmarks.net>

**Cc:** Joi Harper <JHarper@danielmarks.net>; Office <office@danielmarks.net>; Robert Melcic <robertmelcic@gmail.com>; Steve Sorensen <ssorensen@ccea-nv.org>
**Subject:** Re: Request for extension

Good morning, Mr. Levine,

That extension is fine with Mr. Melcic. Please prepare the SAO for him to review.

Thank you,

Gigi

On Thu, Aug 25, 2022 at 10:24 AM Adam Levine <ALevine@danielmarks.net> wrote:

> Hi Robert:
>
> I believe I gave you a 2 week extension on your Opposition. I am likewise requesting a 2 week extension on the Reply which is otherwise due on August 29.
>
> I have a hearing tomorrow (August 26) and the not available to work on the Reply over the weekend as I will be using it to prepare for a major labor arbitration against Las Vegas Metropolitan Police Department which is going forward on the 31st. If the extension is acceptable, I will have my assistant Joi prepare the Stipulation.
>
> Adam Levine, Esq.
>
> Law Office of Daniel Marks
>
> 610 S. Ninth Street
>
> Las Vegas, NV 89101
>
> (702) 386-0536: Office

(702) 386-6812: Fax

alevine@danielmarks.net

**From:** Law Clerk <rsmlawclerk@gmail.com>
**Sent:** Friday, July 29, 2022 5:40 PM
**To:** Office <office@danielmarks.net>; Adam Levine <ALevine@danielmarks.net>; Joi Harper <JHarper@danielmarks.net>
**Cc:** Steve Sorensen <ssorensen@ccea-nv.org>; Robert Melcic <robertmelcic@gmail.com>
**Subject:** Request for extension

Good evening,

Mr. Melcic has asked me to write for an extension of time to reply to Counter Defendant's *Special Motion to Dismiss and Motion to Dismiss*.

We have calendared that our *Opposition* is due on Friday, August 5. Mr. Melcic is requesting until Friday, August 19.

I am having surgery on August 8 with an expected one week recovery time.

Secondly, we are wondering: We notice that the *Special Motion to Dismiss and Motion to Dismiss* was filed both as ECF 14 and as ECF 15, each with four exhibits attached. The Certificate of Service on each document appears to be identical. We do not see any filing asking to strike ECF 14.

4

The exhibits are slightly different, however. For instance, Exhibit 14-2 is 30 pages whereas 15-2 is 32 pages, and Exhibit 14-4 is 6 pages whereas 15-4 is 9 pages.

Can you please tell us which of these ECFs is the one that you intended for us to reply to?

Thank you,

Gigi

Ms. Generaux

Law Clerk

Robert S. Melcic, Esq.

rsmlawclerk@gmail.com

725.577.8013

--

Ms. Generaux

Law Clerk

Robert S. Melcic, Esq.

rsmlawclerk@gmail.com

725.577.8013