LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
Email: office@danielmarks.net
*Attorneys for Counter-Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY EDUCATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ROCHE, an individual;<br><br>Defendant. | Case No.:   2:22-cv-00964-GMN-DJA<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS COUNSEL** |
| ALEXANDER ROCHE, an individual;<br><br>Counter Claimant<br><br>v.<br><br>CLARK COUNTY EDUCATION; ASSOCIATION, a labor union and employer; CLARK COUNTY STAFF ORGANIZATION, a labor union; DOE BUSINESS ENTITIES 1-10; JOHN VELLARDITA, Executive Director of CCEA, an individual, in his individual and official capacities,<br><br>Counter Defendants. | |

1

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS COUNSEL**

Plaintiff/Counter-Defendants CLARK COUNTY EDUCATION, ASSOCIATION ("CCEA"), CLARK COUNTY STAFF ORGANIZATION ("CCSO"), and JOHN VELLARDITA "(Vellardita") (Collectively referred to herein as "Counter-Defendants") by and through their attorneys of record, Adam Levine, Esq. and Daniel Marks, Esq. of the Law Office of Daniel Marks and Defendant/Counter-Claimant, ALEXANDER ROCHE ("Roche") by and through his counsel, ROBERT S. MELCIC, ESQ., hereby stipulate that this Court continue the hearing on the Motion to Dismiss Counsel [ECF 8], "erroneously entitled in the Minute Order of December 9, 2022 as: 'Re: [8] Motion for Appointment of Counsel,'" set for hearing on December 19, 2022 be continued to a later date due to a conflict in Defendants/Counter-Defendants' counsel Adam Levine, Esq's calendar. Attorney Levine already has a calendar call scheduled in the *Westco Trucking v. FTD*, District Court Case No: A-20-808682-C case at 10:00 a.m., and an all-day Fact Finding Arbitration between Clark County Defenders Union and Clark County scheduled to start at 10:30 a.m. on December 19, 2022.

The parties hereto have agreed to stipulate to continue the hearing on the Motion to Dismiss Counsel to a later date and time that is convenient for this Court.

DATED this ____ day of December, 2022.

LAW OFFICE OF DANIEL MARKS

/s/Adam Levine, Esq.
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
Email: office@danielmarks.net
*Attorneys for Counter-Defendants Clark County Education Association, Clark County Staff Organization and John Vellardita*

/s/Robert S. Melcic, Esq.
ROBERT S. MELCIC, ESQ.
Nevada Bar No.: 14923
3315 E. Russell Road, Suite A4-271
Las Vegas, Nevada 89120
Tel:    (702) 526-4235
Clerk: (702)725) 577-8013
Email: robertmelcic@gmail.com
*Attorney for Defendant/Counter-Claimant Alexander Roche*

*Clark County Education Association, v. Alexander Roche, et. al.*
U.S. District Court Case No.: 2:22-cv-00964-GMN-DJA
STIPULATION TO CONTINUE HEARING ON
MOTION TO DISMISS COUNSEL

IT IS SO ORDERED.  The hearing on the motion to dismiss counsel is **RESCHEDULED** to **Thursday**, **January 5, 2023 at 1:30 p.m. i**n Courtroom 3A.

DATED this __16th__ day of December 2022.

_____
United States Magistrate Judge

3

**Joi Harper**

| | |
|---|---|
| From: | Law Clerk <rsmlawclerk@gmail.com> |
| Sent: | Tuesday, December 13, 2022 12:28 PM |
| To: | Joi Harper |
| Cc: | Robert Melcic; Adam Levine; Steve Sorensen |
| Subject: | Re: FW: Clark County Education Association v Alexander Roche - Case No. 22-cv-00964-GMN-DJA |

Good afternoon, Ms. Harper,

I apologize for the delay. In future, please be sure to carbon copy me on the first e-mail so that your concern will be more quickly addressed as I manage Mr. Melcic's calendar. We are also trying to phase out use of his personal cell phone for initial work-related calls. The office phone where I can be reached is 725.577.8013.

Having said that, Mr. Melcic consents to this stipulation and you may affix his signature.

Thank you,
Ms. Generaux
Law Clerk
Robert S. Melcic, Esq.
rsmlawclerk@gmail.com
725.577.8013

1